THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARLEY D. DuBois, Appellant. [972 NYS2d 139]—Appeal from a judgment of the Wyoming County Court (Mark H. Dadd, J.), rendered July 26, 2012. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree (two

counts), grand larceny in the fourth degree (two counts), criminal mischief in the third degree and endangering the welfare of a child.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.